UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

IN RE:

    ANDREW SCOTT VINSON                                    Chapter 13

                                                             CASE NO:  10-31579

SSN#: XXX-XX-7200

## NOTICE TO DEBTOR TO RESUME DIRECT MORTGAGE PAYMENTS

Notice is hereby given that the Chapter 13 Trustee in the above-referenced Chapter 13 bankruptcy case disbursed the **final** conduit mortgage payment required under the terms of the confirmed plan to the real property creditor(s) identified below.

Real Property Creditor Name:  CITIMORTGAGE INC

Mailing Address Used for Final Disbursement:  CITIMORTGAGE INC
                                                          PO BOX 688971
                                                          DES MOINES, IA  50368

Amount of Final Monthly Conduit Mortgage Payment:  $849.05

Date of Distribution of Final Conduit Mortgage Payment:  July 31, 2015

Notice is further given that, subject to the ruling of the Court on the Trustee's Notice of Completion of Mortgage Arrearage Cure Payments and Motion to Deem Mortgage Loan Account Current, the debtor(s) should now resume making the regular mortgage payments (including escrow, if appropriate) **directly** to the real property creditor, beginning with the **September 2015** *payment.*

Dated:  July 31, 2015                                                                      Warren L. Tadlock
                                                                                             Chapter 13 Trustee

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on July 31, 2015.

                                                                                                                     L. Wilkins-Austin
                                                                                                                     Office of the Chapter 13 Trustee

ANDREW SCOTT VINSON, 4208 FIRETHORNE ROAD,  CHARLOTTE, NC  28205