# NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case # :  10-31579

Debtors:  ANDREW SCOTT VINSON
4208 FIRETHORNE ROAD
CHARLOTTE, NC  28205

FILED

U.S. Bankruptcy Court
Western District of NC

AUG 0 4 2015

Steven T. Salata, Clerk
Charlotte Division
TES

Account Number:  9496

Creditor Information:  BENEFICIAL PO BOX 10490 VIRGINIA BEACH VA 23450-0000 // 2ND MTG/STRIP LIEN-4208 FIRETHORNE RD CHLT NC

Amount of Turnover:  $4,074.32                    94-Dsb Ck-Crdtr Prin

**Total Turnover Amount: $4,074.32**

Cl #2